UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWIN MURCIA,

           Plaintiff,

-vs-                                    Case No. 6:07-cv-130-Orl-28KRS

RYMAN ROOFING, INC.,

           Defendant.
_____

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 19) filed September 6, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 14, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Approve Settlement and to Dismiss the Case with Prejudice is **GRANTED**. The settlement agreement is approved except for the confidentiality provision.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 2nd day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party